IN THE MATTER OF THE APPLICATION OF ANTONIO TUFI
FOR LICENSURE OF A CASINO KEY EMPLOYEE.

May 3, 1982.

Petition for certification denied.   (See 182 *N.J. Super.* 631)

STATE OF NEW JERSEY v. RONALD THOMAS CARBONE.

May 3, 1982.

Petition for certification denied.

ULYSSES MCREYNOLDS v. CLUB SEVEN–ELEVEN.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD YOUNG.

May 3, 1982.

Petition for certification denied.